UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL STITT, DARYL HARRIS, FLOYD LITTLE, DANIEL MORRISON, JEROME PALMER, PAUL PETERSON, HANS REID, and BENTLEY SIMPSON, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN DISPOSAL SERVICE OF GEORGIA, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>1:18-CV-02516-JPB |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Leave to File Confidential Settlement Agreement Under Seal [Doc. 116]. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that the Confidential Settlement Agreement shall be filed under seal.

**SO ORDERED** this 25th day of November, 2019.

J. P. BOULEE
United States District Judge