UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL STITT, DARYL HARRIS, FLOYD LITTLE, DANIEL MORRISON, JEROME PALMER, PAUL PETERSON, HANS REID, and BENTLEY SIMPSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN DISPOSAL SERVICE OF GEORGIA, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:18-CV-02516-JPB |

## **ORDER**

This matter comes before the Court on the parties' Joint Motion to Approve Settlement and to Dismiss with Prejudice [Doc. 115]. Having reviewed the proposed settlement agreement, the parties' motion is GRANTED.

The parties' proposed settlement is approved, and Plaintiffs' claims are DISMISSED with prejudice, with each party to bear their own attorneys' fees and costs except as otherwise stipulated between the parties pursuant to the settlement

agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The Clerk is DIRECTED to close this action.

**SO ORDERED** this 25th day of November, 2019.

_____
J. P. BOULEE
United States District Judge